IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:10-cr-146-WKW |
| | ) | |
| ORLANDO FERNANDEZ-LEYVA | ) | |

## ORDER

On March 21, 2011, the Court held a Pretrial Conference to discuss pending motions and the status of discovery. During the Pretrial Conference the United States indicated there may be information pertaining to defendant Fernandez-Leyva in the files maintained by the United States Attorney for the Middle District of Florida. It is **Ordered** that the Assistant United States Attorney prosecuting the instant case review the files held by the United States Attorney for the Middle District of Florida no later than March 25, 2011 to determine whether said files contain any *Brady* materials. *Brady v. Maryland,* 373 U.S. 83 (1963). It is **further Ordered** that the Assistant United States Attorney prosecuting the instant case certify to the Court, no later than March 28, 2011, that the review is complete.

DONE this 22nd day of March, 2011.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE